1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, CA  92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail address:  btran@buchalter.com
6

7  Attorneys for Plaintiff DIRECTV, INC.

8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  **OAKLAND DIVISION**

| DIRECTV, INC., a California corporation, | CASE NO.  CV-04-3454 SBA |
|---|---|
| Plaintiff, | Hon. Saundra B. Armstrong |
| vs. | **DEFAULT JUDGMENT AGAINST DEFENDANT CODY OLIVER** |
| CODY OLIVER, | |
| Defendant. | |

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and for all of the reasons set forth in this Court's Orders dated May 12, 2005 and June 6, 2005, Judgment is hereby entered against Defendant Cody Oliver, and in favor of Plaintiff DIRECTV, Inc., in the amount of $20,000 in damages and $1,366 in attorneys' fees, plus costs pursuant to Fed. R. Civ. P. 54, subject to the filing of a Bill of Costs in compliance with the Local Rules of this Court

Dated: 6-16-05

/s/ Saundra Brown Armstrong
Honorable Saundra B. Armstrong
United States District Court
Northern District of California